UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CLARA ARREBATO PEDROSO AND KATHERINE HERNANDEZ ARREBATO, Individually and as Class Representatives,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 3:21-CV-540-CHB<br><br>**AMENDED JUDGMENT** |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered on March 21, 2023, [**R. 37**], and the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiffs' Motion to Certify Questions of Law to the Supreme Court of Kentucky, [**R. 25**], is **DENIED**.

2. Plaintiffs' Motion to Hold Defendant State Farm's Motion to Dismiss in Abeyance Pending a Ruling From This Court on Plaintiffs' Motion to Certify Questions of Law, [**R. 26**], is **DENIED as moot**.

3. Plaintiffs' Motion for Oral Argument, [**R. 34**], is **DENIED**.

4. Defendant's Motion to Dismiss, [**R. 23**], is **GRANTED**. Plaintiffs' claims for declaratory judgment; for injunctive relief; for unusable benefits arising under the MVRA; and for eighteen percent interest and attorneys' fees on those unusable

benefits are **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of Article III standing.

5. Plaintiffs' claims for declaratory judgment; for injunctive relief; for unusable benefits arising under the MVRA; and for eighteen percent interest and attorneys' fees on those unusable benefits are **REMANDED** to the Jefferson Circuit Court.

6. This action is **DISMISSED** and **STRICKEN** from the Court's active docket.

7. This is a **FINAL** judgment and there is no just cause for delay.

This the 4th day of December, 2023.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY